UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF LOUISIANA

IN REGARDS TO:  CASE NO. 97-10952-B
                CHAPTER 7

WELLER, DAVID LOUIS JR.
WELLER, KIMBERLY EDWARDS
DEBTOR(S)

DOCKETED
FEB 10 1999
FRANK J. MATHIUS, Clerk
UNITED STATES BANKRUPTCY COURT
NEW ORLEANS, LA

## O R D E R

This matter came before the Honorable JERRY A. BROWN on a pleading filed herein by Michael Chiasson, Trustee, titled "MOTION REQUESTING EX PARTE ORDER (1) WITHDRAWING TRUSTEE'S REPORT OF CHANGE OF STATUS, AND (2) APPROVING OF RETURN OF FUNDS TO DEBTOR".

CONSIDERING said document, and neither notice nor hearing being required, and CONSIDERING the merits of the Trustee's Request:

IT IS ORDERED that (1) the Clerk, United States Bankruptcy Court, withdraw the Trustee's Report of Change of Status, and (2) the Trustee is authorized to return $1,009.43 to the debtor(s) herein.

New Orleans, Louisiana, this 5th day of February 1999

JERRY A. BROWN, Judge
United States Bankruptcy Court